STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

Michelle D Bradley
Attorney at Law
1505 Common St.
Lake Charles LA 70601

**REHEARING ACTION: January 18, 2012**

**Docket Number: 11   00910-CA**

**PERRY M. WESTBROOK**
**VERSUS**
**KATHERINE BROUSSARD WEIBEL**

**Appealed from Vernon Parish Case No. 76,916, Div. C**

**BEFORE JUDGES:**

     **Hon. Oswald A. Decuir**
     **Hon. James T. Genovese**
     **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Perry M. Westbrook** has this day been

     **DENIED.**

cc: Howell D. Jones, IV, Counsel for the Appellee